1  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
2  SHAHRAM SAMIE, Bar No. 268025
   ssamie@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, CA  90067.3107
   Telephone: (310) 553-0308
5  Fax No.: (310) 553-5583

6  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
7  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
8  San Francisco, CA 94104
   Telephone: (415) 433-1940
9  Fax No.: (415) 399-8490

10 LINDA N. BOLLINGER, Bar No. 289515
   lbollinger@littler.com
11 LITTLER MENDELSON, P.C.
   50 West San Fernando, 7th Floor
12 San Jose, CA 95113
   Telephone: (408) 998-4150
13 Fax No.: (408) 288-5686

14 [ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JACKSON, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX FREIGHT, INC., an Arkansas corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 20-6907 ODW (MRWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>**[Local Rule 16-15.7]**<br><br>Complaint Filed: May 7, 2020<br>FAC Filed:       May 24, 2021<br>FPTC:            November 22, 2021<br>Trial:           December 14, 2021<br><br>(Los Angeles County Superior Court Case No. 20STCV17860) |

1  SANDRA C. ISOM, Bar No. 157374
   scisom@fedex.com
2  FEDEX FREIGHT, INC.
   8285 Tournament Dr., 2nd F.
3  Memphis, TN 38125
   Telephone: (901) 434-8526
4  Fax No.: (901) 468-1726

5  Attorneys for Defendant
   FEDEX FREIGHT, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK:**

PLEASE TAKE NOTICE that the Parties have reached an individual settlement in this matter and are working to memorialize the terms of the settlement. The Parties request that the Court stay the proceedings, including Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, for thirty days while the Parties memorialize the terms of the settlement.

Dated: September 21, 2021

LITTLER MENDELSON P.C.

KEITH A. JACOBY
SOPHIA BEHNIA
SHAHRAM SAMIE
LINDA NGUYEN BOLLINGER
SANDRA C. ISOM

Attorneys for Defendant
FEDEX FREIGHT, INC.

4835-8057-4459.3 / 101044-1003