UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:20-cv-06907-ODW (MRWx) | Date | September 22, 2021 |
|---|---|---|---|
| Title | *Reginald Jackson v. FedEx Freight, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of Defendant's Notice of Settlement (ECF No. 24), indicating that the parties have reached an individual settlement in this matter, this action is placed on inactive status. Defendant's motion for summary judgment (ECF No. 22) is **DENIED AS MOOT**, and the October 4, 2021 hearing is **VACATED**.

By **October 22, 2021**, the parties shall file a dismissal that complies with Federal Rule of Civil Procedure 41.  If the dismissal does not dismiss the class claims, the dismissal shall indicate why this case should not be dismissed for lack of a named plaintiff.

Failure to timely comply with this order may result in the dismissal of Jackson's individual claims or dismissal of the entire action.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |