1  KEITH A. JACOBY, Bar No. 150233
   kjacoby@littler.com
2  SHAHRAM SAMIE, Bar No. 268025
   ssamie@littler.com
3  LITTLER MENDELSON, P.C.
   2049 Century Park East, 5th Floor
4  Los Angeles, CA  90067.3107
   Telephone: (310) 553-0308
5  Fax No.: (310) 553-5583

6  SOPHIA BEHNIA, Bar No. 289318
   sbehnia@littler.com
7  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
8  San Francisco, CA 94104
   Telephone: (415) 433-1940
9  Fax No.: (415) 399-8490

10 LINDA N. BOLLINGER, Bar No. 289515
   lbollinger@littler.com
11 LITTLER MENDELSON, P.C.
   50 West San Fernando, 7th Floor
12 San Jose, CA 95113
   Telephone: (408) 998-4150
13 Fax No.: (408) 288-5686

14 [ADDITIONAL COUNSEL ON NEXT PAGE]

15
16                    UNITED STATES DISTRICT COURT
17                    CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 REGINALD JACKSON, and on behalf of all others similarly situated, | Case No. 20-6907 ODW (MRWx) |
| 19                      Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FRCP 41(A)** |
| 20          v. | |
| 21 FEDEX FREIGHT, INC., an Arkansas corporation, and DOES 1-50, inclusive, | |
| 22                      Defendants. | Complaint Filed: May 7, 2020<br>FAC Filed:       May 24, 2021<br>FPTC:            November 22, 2021<br>Trial:           December 14, 2021 |
| 23 | |
| 24 | (Los Angeles County Superior Court Case No. 20STCV17860) |
| 25 | |

26
27
28

1 | SANDRA C. ISOM, Bar No. 157374
scisom@fedex.com
2 | FEDEX FREIGHT, INC.
8285 Tournament Dr., 2nd F.
3 | Memphis, TN 38125
Telephone: (901) 434-8526
4 | Fax No.: (901) 468-1726

5 | Attorneys for Defendant
FEDEX FREIGHT, INC.
6

7 | James R. Hawkins, Esq. Bar No. 192925
Isandra Fernandez, Esq. Bar No. 220482
8 | JAMES HAWKINS APLC
9880 Research Drive, Suite 200
9 | Irvine, CA 92618

10 | Attorneys for Plaintiff
REGINALD JACKSON

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff REGINALD JACKSON ("Plaintiff") and Defendant FEDEX FREIGHT, INC., by and through their counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41 (a) to dismiss this action in its entirety with prejudice as to all Plaintiffs and Defendants. All Plaintiffs and Defendants will bear their own respective attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: October 25, 2021                     LITTLER MENDELSON P.C.

                                            */s/ SHAHRAM SAMIE*
                                            KEITH A. JACOBY
                                            SOPHIA BEHNIA
                                            SHAHRAM SAMIE
                                            LINDA NGUYEN BOLLINGER
                                            SANDRA C. ISOM
                                            Attorneys for Defendant
                                            FEDEX FREIGHT, INC.

Dated: October 25, 2021                     JAMES HAWKINS APLC

                                            */s/ ISANDRA FERNANDEZ*
                                            James R. Hawkins
                                            Isandra Fernandez

                                            Attorneys for Plaintiff
                                            REGINALD JACKSON

**Attestation of Authorization to Use E-Signature**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                            */s/ Shahram Samie*

4886-9917-5680.2 / 101044-1003

1.