JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:20-cv-06907-ODW (MRWx) | Date | October 26, 2021 |
|---|---|---|---|
| Title | *Reginald Jackson v. FedEx Freight, Inc.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (ECF No. 28) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that:

1. Plaintiff Reginald Jackson's individual claims are hereby **DISMISSED WITH PREJUDICE**;

2. All class claims are **DISMISSED WITHOUT PREJUDICE**; and

3. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                       : 00

Initials of Preparer    SE